ANNE TURNER, Respondent, *v.* HAWLEY TURNER, Appellant.

Submitted April 7, 1941; decided April 17, 1941.

*Albert Paul Wallheim* for motion.

*William J. Rapp* opposed.

Motion for leave to appeal from order dismissed on the ground the order is not a final order and as to judgments motion denied, with ten dollars costs and necessary printing disbursements.

In the Matter of KATHLEEN E. BRENNAN et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

In the Matter of CHARLES A. ALBANESE et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

Submitted April 7, 1941; decided April 17, 1941.

Motions to amend the remittiturs denied, without costs. (See 284 N. Y. 810, 812.)